ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKEMA IVY,<br><br>        Petitioner,<br><br>    v.<br><br>J. CAVAZOS, WARDEN,<br><br>        Respondents. | Case No. CV 10-03877 PSG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: June 1, 2010

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY